## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Leslie George Wheaton, *et. al.* | Case No.:  2:12CV360 |
| Plaintiffs | |
| vs. | |
| John McCarthy, in his capacity as Director of the Ohio Department of Medicaid | Judge:  Michael H. Watson |
| | Magistrate: Kemp |
| Defendant | ENTRY ORDERING FRANCISCA A. TURNER BE SUBSTITUTED FOR PLAINTIFF JOE L. TURNER |

This matter comes before this court on the notice of suggestion of death that Plaintiff Joe L. Turner died on August 21, 2016.  Further, Plaintiffs have filed a motion to substitute Mr. Turner's surviving spouse, Francisca A. Turner for the Plaintiff, Joe L. Turner.  Defendant has no objections to Plaintiffs' motion.

Wherefore, for good cause shown, this court hereby grants the Plaintiff's motion (Doc. 66).  The Court Orders Francisca A. Turner be substituted for the Plaintiff, Joe L. Turner in this matter.

/s/ Terence P.  Kemp
United States Magistrate Judge

*/s/ Miriam H. Sheline*
Miriam H. Sheline, (0018333)
Trial Attorney for Plaintiffs

/s/ *Rebecca Thomas* (by email authorization)
Rebecca Thomas,
Attorney for Defendant, John Mc Carthy,
Director, Ohio Department of Medicaid